IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD H. BAKER, JR., | )  |
| Plaintiff, | ) CIVIL ACTION NO. 08-1597 |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) CHIEF JUDGE AMBROSE |
| | ) Electronically Filed |
| Defendant. | ) |

O R D E R

AND NOW, this 26th day of Jan., 2009, upon consideration of Defendant's Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is granted, and the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

*Donetta W. Ambrose*
J.